# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTIFIED NUTRACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CLOROX COMPANY, et al., <br><br> Defendants. | Case No.: 18-CV-0744 W (KSC) <br><br> **ORDER APPROVING SUBSTITUTION OF ATTORNEY [DOC. 8]** |

Defendant Neocell Holding Company has filed a motion to substitute attorney. (*Mot. to Substitute Attorney* [Doc. 8].) Defendant moves to substitute DLA Piper LLP for Venable LLP. The motion bears the signatures of the withdrawing attorney, the substituting attorney, and a signature for a representative of Defendant. (*Id.*) See Civ. L.R. 83.3(f)(2).

//
//
//
//
//
//
//

1

"The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982). Factors considered in evaluating the application include: "1) the reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the degree to which withdrawal will delay the resolution of the case." CE Resource, Inc. v Magellan Group, LLC, 2009 WL 3367489, at *2 (E.D. Cal. Oct. 14, 2009) (citing Canandaigua Wine Co., Inc. v. Moldauer, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009)).

Granting the substitution would not prejudice other litigants, harm to the administration of justice, or delay resolution of this matter in any meaningful way.

Good cause appearing, the Court **GRANTS** the motion. DLA Piper LLP is now counsel of record for Neocell Holding Company in place of Venable LLP.

**IT IS SO ORDERED.**

Dated: June 25, 2018

Hon. Thomas J. Whelan
United States District Judge