**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CERTIFIED NUTRACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CLOROX COMPANY, et al., <br><br> Defendants. | Case No.: 18-CV-0744 W (KSC) <br><br> **ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE AS MOOT [DOCS. 9, 10]** |

On June 11, 2018, Defendants filed motions to dismiss the complaint and to strike its prayer for punitive damages. [Docs. 9, 10.] 21 days later, on July 2, 2018, Plaintiff filed a First Amended Complaint ("FAC"). [Doc. 12.]

A party may amend a complaint within 21 days of service of a responsive pleading. See Fed. R. Civ. P. 15(a)(1)(B). "It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.' " Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoting Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997)). Accordingly, when a plaintiff timely amends, the original complaint ceases to exist, and any pending motions to dismiss it are moot. See id.

//

//

1

In light of the filing of the FAC, the Court denies Defendants' motions [Doc. 9, 10] as moot.

**IT IS SO ORDERED.**

Dated: July 20, 2018

_____
Hon. Thomas J. Whelan
United States District Judge