1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CERTIFIED NUTRACEUTICALS, INC., Plaintiff, v. THE CLOROX COMPANY, et al., Defendants. | Case No.: 18-cv-0744 W (KSC) **ORDER APPROVING SUBSTITUTION OF COUNSEL [DOC. 152]** |
|---|---|

   Plaintiff Certified Nutraceuticals, Inc., has filed a request to substitute Robert M. Tauler of Tauler Smith LLP, as counsel of record in place of David A. Sergenian of Sergenian Law, APC. The Court **APPROVES** the substitution.

   **IT IS SO ORDERED.**

Dated:  November 2, 2021

_____

Hon. Thomas J. Whelan
United States District Judge

1