|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 23 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CERTIFIED NUTRACEUTICALS, INC., a California corporation,

        Plaintiff-Appellant,

 v.

CLOROX COMPANY, a Delaware corporation; et al.,

        Defendants-Appellees,

 and

NEOCELL CORPORATION, a California corporation; et al.,

        Defendants.

No.   22-55752

D.C. No. 3:18-cv-00744-W-KSC Southern District of California, San Diego

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 10) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator

Mediation